IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Desmond Cromer, ) | C/A No.: 2:22-cv-00663-TLW-MGB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT RULE 26(f) REPORT** |
| ) | |
| Richland County, Marcus A. Burnette, ) | |
| Signeous Green, Gordon H. Barnum, III, ) | |
| Captain Bufford, and Officer Wilson, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed <u>March 4, 2022</u> is appropriate for this case.  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

  **X**    We agree that the schedule set forth in the Conference and Scheduling Order filed <u>March 4, 2022</u> requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order).  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be jointly filed by the parties.**

_____    We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court.  **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*[Signature blocks on following page]*

1

Respectfully submitted,

KENDRICK & LEONARD, P.C.


BY:   *s/ Joshua Snow Kendrick*
      JOSHUA SNOW KENDRICK
      Federal I.D. No. 9037
      P.O. Box 886 (29202)
      506 Pettigru Street
      Greenville, South Carolina 29601
      T: (864) 760-4000
      josh@kendrickleonard.com

*Counsel for the Plaintiff*

-   AND   -

CROWE LAFAVE, LLC


BY:   *s/ Robert D. Garfield*
      ROBERT D. GARFIELD
      Federal I.D. No. 7799
      2019 Park Street
      Columbia, South Carolina 29201
      T: (803) 999-1225
      robert@crowelafave.com

*Counsel for the Defendants*

Columbia, South Carolina

April 11, 2022