# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Desmond Cromer, <br><br> Plaintiff, <br><br> vs. <br><br> Richland County; Marcus A. Burnette; Signeous Green; Gordon H. Barnum, III; Captain Bufford; and Officer Wilson, <br><br> Defendants. | C/A No. 2:22-cv-663-TLW-MGB <br><br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO ENTER *RUBIN* ORDER** |

The parties to this case give notice they have reached a settlement in the underlying action. The parties will work efficiently to consummate the settlement in the very near future. The parties respectfully request the Court enter a *Rubin* Order conditionally dismissing this case without prejudice and without costs for a period of sixty (60) days.

**WE SO MOVE:**

| | |
|---|---|
| s/J. Clayton Mitchell, III | s/Joshua S. Kendrick |
| John T. Lay, Jr., Fed Bar No. 5539 | Joshua S. Kendrick, Fed Bar No. 9037 |
| A. Johnston Cox, Fed Bar No. 6534 | Kendrick & Leonard, P.C. |
| Lindsay A. Joyner, Fed Bar No. 11557 | 506 Pettigru Street |
| Laura W. Jordan, Fed Bar No. 11398 | Post Office Box 886 (29202) |
| J. Clayton Mitchell, III, Fed Bar No. 11739 | Greenville, South Carolina 29601 |
| Eleanor L. Jones, Fed Bar No. 13437 | (864) 760-4000 |
| Gallivan White Boyd, P.A. | josh@kendrickleonard.com |
| 1201 Main Street, Suite 1200 (29201) | |
| Post Office Box 7368 | *Attorney for Plaintiff* |
| Columbia, South Carolina 29202 | |
| (803) 779-1833 | |
| jlay@gwblawfirm.com | |
| jcox@gwblawfirm.com | |
| ljoyner@gwblawfirm.com | |
| ljordan@gwblawfirm.com | |
| cmitchell@gwblawfirm.com | |

ejones@gwblawfirm.com

-and-

Robert D. Garfield, Fed Bar No. 7799
Crowe LaFave Garfield and Bagley, LLC
2019 Park Street
Columbia, South Carolina 29202
(803) 999-1225
robert@crowelafave.com

*Attorneys for Defendants*

February 1, 2024

2